IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:03-CR-64-1H

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) |
| v. | ) ) **ORDER** ) |
| GREGORY ANDRA BRYANT | ) ) ) |

This matter is before the court on defendant's motion for funds resulting from the sale of forfeited assets to be applied toward the restitution ordered in his judgment. The court has reviewed the matter, and for the reasons stated in the government's response, the motion [DE #33] is DENIED.

This 31st day of January 2013.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26